FILED
December 18, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>LISA KAY GRECO,<br>        Defendant. | Case No. MAG. 09-0364-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release LISA KAY GRECO, Case No. MAG. 09-0364-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___     Release on Personal Recognizance

    _X_     Bail Posted in the Sum of: $50,000.00

         _X_     Unsecured Appearance Bond

         ___     Appearance Bond with Surety

         _X_     (Other) Conditions as stated on the record.

         ___     (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  12/18/09  at  2:24pm.

By _____
Edmund F. Brennan
United States Magistrate Judge