```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  RACHELLE D. BARBOUR, Bar #185395
    Research and Writing Attorney
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    LISA KAY GRECO
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10              FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,    )  No. MAG-09-364-EFB
                                 )
13              Plaintiff,       )
                                 )  STIPULATION AND ORDER
14       v.                      )
                                 )
15  LISA KAY GRECO,              )  Date:  January 26, 2010
                                 )  Time:  2:00 p.m.
16              Defendant.       )  Judge: Hon. Kimberly J. Mueller
                                 )
17  _____)
18
```

19       It is hereby stipulated and agreed to between the United States of
20  America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant,
21  LISA KAY GRECO, by and through her counsel, RACHELLE BARBOUR, of the
22  Federal Defender's Office, that the hearing of January 7, 2010 be
23  vacated and continued for further hearing to January 26, 2010 at 2:00
24  p.m. for status on a Rule 20 proceeding.
25       This continuance is being requested to provide additional time for
26  the parties to discuss the possibility of a Rule 20 transfer to
27  Sacramento, and for the government to obtain the necessary
28  authorization to do so.

1  To afford time to complete these tasks, the parties agree that
2 speedy trial time be excluded from the date of this order through the
3 date of the hearing set for January 26, 2010 pursuant to
4 18 U.S.C. § 3161(h)(G)[pending transfer from other district](Local Code
5 F) and 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare]
6 (Local Code T4).

7 Dated:  January 6, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Rachelle Barbour
_____
RACHELLE BARBOUR
Research and Writing Attorney
Attorney for Defendant
LISA KAY GRECO



BENJAMIN WAGNER
United States Attorney


17 Dated:  January 6, 2010       /s/ Rachelle Barbour for
_____
PAUL HEMESATH
Assistant U.S. Attorney


21 **IT IS SO ORDERED.**

22 DATED: January 6, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE


27 Ddad1/orders.criminal/greco0364.stipord

Stip & Order/Kevin Miller                -2-