```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  RACHELLE D. BARBOUR, Bar #185395
    Research and Writing Attorney
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    LISA KAY GRECO
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    )  No. 2:09-mj-00364 EFB
                                 )
13              Plaintiff,       )
                                 )  STIPULATION AND ORDER
14       v.                      )
                                 )
15  LISA KAY GRECO,              )  Date:  March 25, 2010
                                 )  Time:  2:00 p.m.
16              Defendant.       )  Judge: Hon. Dale A. Drozd
                                 )
17  _____)

18
```

19      It is hereby stipulated and agreed to between the United States of
20 America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant,
21 LISA KAY GRECO, by and through her counsel, RACHELLE BARBOUR, of the
22 Federal Defender's Office, that the hearing of February 24, 2010 before
23 Magistrate Judge Kendall J. Newman be vacated and continued for further
24 hearing to March 25, 2010 at 2:00 p.m. before Magistrate Judge Dale A.
25 Drozd for status on a Rule 20 proceeding.
26      This continuance is being requested because the defense has
27 received a plea offer and Rule 20 paperwork from the government in
28 South Carolina, and it is anticipated that the parties will finalize a

plea agreement and arrange to transfer the case to the Eastern District of California.

To afford time to complete these tasks, the parties agree that speedy trial time be excluded from the date of this order through the date of the hearing set for March 25, 2010 pursuant to 18 U.S.C. § 3161(h)(G)[pending transfer from other district](Local Code F) and 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

Dated:   February 22, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
_____
RACHELLE BARBOUR
Research and Writing Attorney
Attorney for Defendant
LISA KAY GRECO


BENJAMIN WAGNER
United States Attorney

Dated:   February 22, 2010           /s/ Rachelle Barbour for
_____
PAUL HEMESATH
Assistant U.S. Attorney


**IT IS SO ORDERED.**

Dated: February 22, 2010

 /s/ Kendall J. Newman
KENDALL J. NEWMAN
United States Magistrate Judge

-2-