```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Research and Writing Attorney
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   LISA KAY GRECO
7
```



**FILED**

MAR 15 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. MAG-09-364-EFB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO |
|  | ) EXONERATE UNSECURED BOND |
| LISA KAY GRECO, | ) |
| Defendant. | ) |

On December 18, 2009, Defendant Lisa Greco was released from custody by this Court. Her ex-husband Alan Sweene, with who she was living at the time of arrest, co-signed an unsecured bond on her behalf. Sadly, on February 18, 2010, Mr. Sweene committed suicide. The administrator of his estate has contacted the attorneys in this case to request that the bond be exonerated as to Mr. Sweene and his estate. The pretrial services officer was consulted and indicated that she would be satisfied with a $50,000 unsecured bond signed by Ms. Greco alone. Accordingly, a $50,000 unsecured bond signed by Ms. Greco is being filed along with this stipulation, and the parties stipulate

that the original bond, signed by Mr. Sweene and filed on December 18, 2009, be exonerated and replaced by the new bond.

For the Court's convenience, a proposed order follows.

Dated: March 15, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour

RACHELLE BARBOUR
Research and Writing Attorney
Attorney for Defendant
LISA KAY GRECO


BENJAMIN WAGNER
United States Attorney

Dated: March 15, 2010

/s/ Rachelle Barbour for

PAUL HEMESATH
Assistant U.S. Attorney

### ORDER

The $50,000 unsecured appearance bond filed on December 18, 2009, co-signed by Alan Sweene, is hereby exonerated as to Mr. Sweene and his estate. That bond will be replaced by a $50,000 unsecured bond signed by Ms. Greco only.

**IT IS SO ORDERED.**

Dated: *March 15*, 2010

_____
United States Magistrate Judge