FILED

MAR 22 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LISA KAY GRECO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. MAG-09-364-EFB |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| LISA KAY GRECO, | Date: April 28, 2010<br>Time: 2:00 p.m. |
| Defendant. | Judge: Hon. Kendall J. Newman |

It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant, LISA KAY GRECO, by and through her counsel, RACHELLE BARBOUR, of the Federal Defender's Office, that the hearing of March 25, 2010 be vacated and continued for further hearing to April 28, 2010 at 2:00 p.m., before Magistrate Judge Kendall J. Newman for status on a Rule 20 proceeding.

This continuance is being requested because the defense has received a plea offer and Rule 20 paperwork from the government in South Carolina, and it is anticipated that the parties will finalize a

1  plea agreement and arrange to transfer the case to the Eastern District
2  of California.  The parties are negotiating a final plea agreement.
3      To afford time to complete these tasks, the parties agree that
4  speedy trial time be excluded from the date of this order through the
5  date of the hearing set for April 28, 2010 pursuant to
6  18 U.S.C. § 3161(h)(G) [pending transfer from other district] (Local Code
7  F) and 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare]
8  (Local Code T4).
9  Dated: March 22, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Rachelle Barbour
_____
RACHELLE BARBOUR
Research and Writing Attorney
Attorney for Defendant
LISA KAY GRECO



BENJAMIN WAGNER
United States Attorney


19 Dated: March 22, 2010        /s/ Rachelle Barbour for
                                _____
                                PAUL HEMESATH
                                Assistant U.S. Attorney



23 **IT IS SO ORDERED.**
24 Dated:  March 22, 2010

_Dale A. Drozd_
_____
United States Magistrate Judge

Stip & Order/Kevin Miller                -2-