DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LISA KAY GRECO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-mj-00364-EFB |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| LISA KAY GRECO, ) | Date:  May 26, 2010 |
| ) | Time:  2:00 p.m. |
| Defendant. ) | Judge: Hon. Dale A. Drozd |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant, LISA KAY GRECO, by and through her counsel, RACHELLE BARBOUR, of the Federal Defender's Office, that the hearing of April 28, 2010 before Judge Newman be vacated and continued for further hearing to May 26, 2010 at 2:00 p.m. before Judge Drozd for status on a Rule 20 proceeding.

This continuance is being requested because the defense has reached a plea agreement with the government and has signed the Rule 20 paperwork to transfer the case to the Eastern District of California.

To afford time for the government to sign the Rule 20 document and for the South Carolina court to transfer the case, the parties agree that speedy trial time be excluded from the date of this order through the date of the hearing set for May 26, 2010 pursuant to 18 U.S.C. § 3161(h)(G)[pending transfer from other district](Local Code F) and 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

Dated: April 26, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
_____
RACHELLE BARBOUR
Research and Writing Attorney
Attorney for Defendant
LISA KAY GRECO


BENJAMIN WAGNER
United States Attorney

Dated: April 26, 2010           /s/ Rachelle Barbour for
_____
PAUL HEMESATH
Assistant U.S. Attorney


**IT IS SO ORDERED.**

Dated: April 26, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE