1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Research and Writing Attorney
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   LISA KAY GRECO
7

8

FILED

MAY 21 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

9              IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,     ) No. MAG-09-364-EFB
                                   )
13 |          Plaintiff,            )
                                   ) STIPULATION AND ORDER
14 | v.                             )
                                   )
15 | LISA KAY GRECO,                ) Date:  June 24, 2010
                                   ) Time:  2:00 p.m.
16 |          Defendant.            ) Judge: Hon. Gregory G. Hollows
                                   )
17 | _____    )

18

19      It is hereby stipulated and agreed to between the United States of
20 America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant,
21 LISA KAY GRECO, by and through her counsel, RACHELLE BARBOUR, of the
22 Federal Defender's Office, that the hearing of May 26, 2010 be vacated
23 and continued for further hearing to June 24, 2010 at 2:00 p.m. for
24 status on a Rule 20 proceeding.
25      This continuance is being requested because the defense has
26 reached a plea agreement with the government and all the parties have
27 signed the Rule 20 paperwork to transfer the case to the Eastern
28 District of California.  That paperwork has been received in the

1  transmitting district, the District of South Carolina, but the case has
2  not yet been transferred to our district.
3       To afford time for the South Carolina court to transfer the case,
4  the parties agree that speedy trial time be excluded from the date of
5  this order through the date of the hearing set for June 24, 2010
6  pursuant to 18 U.S.C. § 3161(h)(G) [pending transfer from other
7  district](Local Code F) and 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable
8  time to prepare] (Local Code T4).
9  Dated: May 21, 2010

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Rachelle Barbour

                                    RACHELLE BARBOUR
                                    Research and Writing Attorney
                                    Attorney for Defendant
                                    LISA KAY GRECO




                                    BENJAMIN WAGNER
                                    United States Attorney


Dated: May 21, 2010                 /s/ Rachelle Barbour for

                                    PAUL HEMESATH
                                    Assistant U.S. Attorney




**IT IS SO ORDERED.**

Dated: *May 21*, 2010

                                    /s/ Dale A. Drozd
                                    _____
                                    United States Magistrate Judge


Stip & Order/Kevin Miller            -2-