```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Research and Writing Attorney
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    LISA KAY GRECO
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    )  No. MAG-09-364-EFB
                                 )
13            Plaintiff,         )
                                 )  STIPULATION AND ORDER
14       v.                      )
                                 )
15  LISA KAY GRECO,              )  Date:  July 29, 2010
                                 )  Time:  2:00 p.m.
16            Defendant.         )  Judge: Hon. Kendall J. Newman
                                 )
17  _____)

18
```

19      It is hereby stipulated and agreed to between the United States of
20 America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant,
21 LISA KAY GRECO, by and through her counsel, RACHELLE BARBOUR, of the
22 Federal Defender's Office, that the hearing of June 24, 2010 be vacated
23 and continued for further hearing to July 29, 2010 at 2:00 p.m. for
24 status on a Rule 20 proceeding.
25      This continuance is being requested because the defense has
26 reached a plea agreement with the government and all the parties have
27 signed the Rule 20 paperwork to transfer the case to the Eastern
28 District of California.  That paperwork has been received and filed in

the transmitting district, the District of South Carolina, but our district is awaiting receipt of the case and pending assignment to a district judge.

To afford time for the case to be transferred, the parties agree that speedy trial time be excluded from the date of this order through the date of the hearing set for July 29, 2010 pursuant to 18 U.S.C. § 3161(h)(G)[pending transfer from other district](Local Code F) and 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

Dated: June 22, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
_____
RACHELLE BARBOUR
Research and Writing Attorney
Attorney for Defendant
LISA KAY GRECO


BENJAMIN WAGNER
United States Attorney

Dated: June 22, 2010            /s/ Rachelle Barbour for
_____
PAUL HEMESATH
Assistant U.S. Attorney


**IT IS SO ORDERED.**

Dated: June 22, 2010
                                 /s/ Gregory G. Hollows
                                _____
                                United States Magistrate Judge

greco.eot                               -2-