DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LISA KAY GRECO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | No. 2:09-mj-00364-EFB |
| ) | |
| Plaintiff,      ) | |
| ) | STIPULATION AND ORDER |
| v.      ) | |
| ) | |
| LISA KAY GRECO,      ) | Date:  August 26, 2010 |
| ) | Time:  2:00 p.m. |
| Defendant.      ) | Judge: Hon. Kendall J. Newman |
| ) | |
| _____ ) | |

     It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant, LISA KAY GRECO, by and through her counsel, RACHELLE BARBOUR, of the Federal Defender's Office, that the hearing of July 29, 2010 before Magistrate Judge Kendall J. Newman be vacated and continued for further hearing to August 26, 2010 at 2:00 p.m. before Magistrate Kimberly J. Mueller for status on a Rule 20 proceeding.

     This continuance is being requested because the defense has reached a plea agreement with the government and all the parties have signed the Rule 20 paperwork to transfer the case to the Eastern

1  District of California.  That paperwork has been received and filed in
2  the transmitting district, the District of South Carolina, which has
3  transferred its case to our district.  The paperwork was received in
4  our district, but a new felony case has not yet been opened and
5  assigned.

6      To afford time for the case to be opened and assigned, the parties
7  agree that speedy trial time be excluded from the date of this order
8  through the date of the hearing set for August 26, 2010 pursuant to 18
9  U.S.C. § 3161(h)(G)[pending transfer from other district](Local Code F)
10 and 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local
11 Code T4).

12 Dated: July 27, 2010
                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            /s/ Rachelle Barbour
                                            _____
                                            RACHELLE BARBOUR
                                            Research and Writing Attorney
                                            Attorney for Defendant
                                            LISA KAY GRECO


                                            BENJAMIN WAGNER
                                            United States Attorney

Dated: July 27, 2010                       /s/ Rachelle Barbour for
                                            _____
                                            PAUL HEMESATH
                                            Assistant U.S. Attorney


**IT IS SO ORDERED**.

Dated: <u>July 28, 2010</u>

                                            <u>/s/ Kendall J. Newman</u>
                                            KENDALL J. NEWMAN
                                            United States Magistrate Judge