```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Research and Writing Attorney
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    LISA KAY GRECO
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  No. CR-10-303 EJG
                                   )
13                  Plaintiff,     )
                                   )  STIPULATION AND ORDER
14        v.                       )
                                   )
15  LISA KAY GRECO,                )  Date:  September 1, 2010
                                   )  Time:  2:00 p.m.
16                  Defendant.     )  Judge: Hon. Gregory G. Hollows
                                   )
17  _____ )

18
```

19      It is hereby stipulated and agreed to between the United States of
20 America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant,
21 LISA KAY GRECO, by and through her counsel, RACHELLE BARBOUR, of the
22 Federal Defender's Office, that the hearing of August 26, 2010, be
23 vacated and continued for further hearing to September 1, 2010, at 2:00
24 p.m. for status on a Rule 20 proceeding.

25      This continuance is being requested because the defense has
26 reached a plea agreement with the government and all the parties have
27 signed the Rule 20 paperwork to transfer the case to the Eastern
28 District of California.  That paperwork has been received and filed in

1  the transmitting district, the District of South Carolina, which has
2  transferred its case to our district.  The case has been assigned to
3  District Judge Garcia and it is anticipated that Ms. Greco will enter a
4  guilty plea.  The parties are finalizing a written plea agreement.
5        Defense counsel is unavailable August 26, 2010 because of a family
6  emergency.  The parties agree that the pending hearing before the
7  magistrate court be continued and that speedy trial time be excluded
8  from the date of this order through the date of the hearing set for
9  September 1, 2010, pursuant to 18 U.S.C. § 3161(h)(G)[pending transfer
10 from other district](Local Code F) and 18 U.S.C. § 3161(h)(8)(B)(iv)
11 [reasonable time to prepare] (Local Code T4).
12 Dated: August 24, 2010

                                     Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender


                                     /s/ Rachelle Barbour
                                     _____
                                     RACHELLE BARBOUR
                                     Research and Writing Attorney
                                     Attorney for Defendant
                                     LISA KAY GRECO


                                     BENJAMIN WAGNER
                                     United States Attorney

Dated: August 24, 2010      /s/ Rachelle Barbour for
                                     _____
                                     PAUL HEMESATH
                                     Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: August 24, 2010

                                     _____
                                     U.S. MAGISTRATE JUDGE

Stip & Order/Lisa Greco         -2-