1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Research and Writing Attorney
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6  Attorney for Defendant
   LISA KAY GRECO

7

8

9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  Cr. S. 10-303-EJG
                                   )
13                  Plaintiff,     )
                                   )  STIPULATION AND ORDER CONTINUING
14       v.                        )  CHANGE OF PLEA HEARING
                                   )
15  LISA KAY GRECO,                )  Date:  October 15, 2010
                                   )  Time:  10:00 a.m.
16                  Defendant.     )  Judge: Hon. Edward J. Garcia
                                   )
17  _____)

18

19       It is hereby stipulated and agreed to between the United States of

20  America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant,

21  LISA KAY GRECO, by and through her counsel, RACHELLE BARBOUR, of the

22  Federal Defender's Office, that the change of plea hearing set for

23  September 24, 2010, be continued to October 15, 2010, at 10:00 a.m.

24       This continuance is being requested because the parties need

25  additional time to present a plea agreement to the Court in advance of

26  the change of plea hearing.  The attorney for the government is in a

27  felony jury trial this entire week.  In addition, Ms. Greco is

28  currently hospitalized and it is unclear if she will be discharged

1  prior to the currently set court date.  Accordingly, the parties

2  request that the Court continue this matter to October 15, 2010 at

3  10:00 a.m. for entry of a guilty plea.  The parties will provide the

4  plea agreement to the Court as soon as it is finalized.

5      The parties request that the change of plea hearing be continued

6  and that speedy trial time be excluded from the date of this order

7  through the date of the hearing set for October 15, 2010, pursuant to

8  18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code

9  T4) and § 3161(h)(4) [physical incapacity of defendant] (Local Code N).

10 Dated: September 21, 2010

                          Respectfully submitted,

11
                          DANIEL J. BRODERICK
12                        Federal Defender

13
                          /s/ Rachelle Barbour
14                        _____
15                        RACHELLE BARBOUR
                          Research and Writing Attorney
                          Attorney for Defendant
16                        LISA KAY GRECO

17

18                        BENJAMIN WAGNER
                          United States Attorney
19

20 Dated: September 21, 2010    /s/ Paul Hemesath
                          _____
21                        PAUL HEMESATH
                          Assistant U.S. Attorney
22

23 **IT IS SO ORDERED.**

24 Dated: September 21, 2010

25                            /s/ Edward J. Garcia
                          EDWARD J. GARCIA
26                        United States District Court Judge

27

28