DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LISA KAY GRECO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>            Plaintiff,          )<br>                                )<br>     v.                         )<br>                                )<br>LISA KAY GRECO,                 )<br>                                )<br>            Defendant.          )<br>_____ ) | Cr. S. 10-303-EJG<br><br>STIPULATION AND ORDER CONTINUING<br>CHANGE OF PLEA HEARING<br><br>Date:  October 29, 2010<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

     It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant, LISA KAY GRECO, by and through her counsel, RACHELLE BARBOUR, of the Federal Defender's Office, that the change of plea hearing set for October 15, 2010, be continued to October 29, 2010, at 10:00 a.m.

     This continuance is being requested because the parties need additional time to present a plea agreement to the Court in advance of the change of plea hearing.  Further, the attorney for the government is unavailable on the currently-set date, and defense counsel is unavailable the following Friday.  Accordingly, the parties request

that the matter be continued to October 29, 2010, which is the soonest possible date when both counsel will be available.  The parties will provide the plea agreement to the Court as soon as it is finalized so that the Court may consider it in advance of the hearing date.

The parties request that the change of plea hearing be continued and that speedy trial time be excluded from the date of this order through the date of the hearing set for October 29, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4) and § 3161(h)(1)(G) [consideration by court of proposed plea agreement](Local Code 7).

Dated: October 7, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
_____
RACHELLE BARBOUR
Research and Writing Attorney
Attorney for Defendant
LISA KAY GRECO


BENJAMIN WAGNER
United States Attorney

Dated: October 7, 2010          /s/ Paul Hemesath
_____
PAUL HEMESATH
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: 7, 2010

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Court Judge

Stip & Order/Lisa Greco          -2-