**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814
(916) 498-5700  Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

# MEMORANDUM

DATE:     November 22, 2010

TO:       Colleen Lydon, Courtroom Clerk to the
          Honorable Edward J. Garcia
          United States District Court Judge

FROM:     Katina Whalen, Legal Assistant to
          Rachelle Barbour, Research and Writing Specialist

SUBJECT:  United States v. Lisa Greco
          Cr.S. 10-303-EJG

FILED
NOV 2 3 2010
CLERK, U.S. ...OURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

---

Please continue the judgment and sentencing hearing currently set for January 14, 2011, to **Friday, March 11, 2010, at 10:00 a.m.** Assistant United States Attorney Paul Hemesath and United States Probation Officer Lori Clanton concur with this request. The parties request the following new schedule for disclosure of the presentence report and for filing of objections:

Draft PSR ................................................. January 28, 2011

Informal Objections ....................................... February 11, 2011

Final PSR ................................................. February 18, 2011

Motion for Correction of the PSR .......................... February 25, 2011

Reply or statement of non-opposition ...................... March 4, 2011

Judgment and Sentencing ................................... March 11, 2011

If you have any questions concerning the above, please feel free to contact me.

cc:   Lori Clanton, United States Probation Officer
      Lisa Greco, Defendant

               IT IS SO ORDERED:   _____
                                   EDWARD J. GARCIA  11/23/10
                                   United States District Court Judge