**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

## MEMORANDUM & Order

FILED
JAN 25 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

c/ EJG

DATE: January 20, 2011

TO: Colleen Lydon, Courtroom Clerk to the
Honorable Edward J. Garcia
United States District Court Judge

FROM: Katina Whalen, Legal Assistant to
Rachelle Barbour, Research and Writing Specialist

SUBJECT: United States v. Lisa Greco
Cr.S. 10-303-EJG

Please continue the judgment and sentencing hearing currently set for March, 11, 2011, to **Friday, April 8, 2010, at 10:00 a.m.** Assistant United States Attorney Paul Hemesath and United States Probation Officer Lori Clanton concur with this request. The parties request the following new schedule for disclosure of the presentence report and for filing of objections:

| | |
|---|---|
| Draft PSR | March 4, 2011 |
| Informal Objections | March 11, 2011 |
| Final PSR | March 18, 2011 |
| Motion for Correction of the PSR | March 25, 2011 |
| Reply or statement of non-opposition | April 1, 2011 |
| Judgment and Sentencing | April 8, 2011 |

If you have any questions concerning the above, please feel free to contact me.

cc: Lori Clanton, United States Probation Officer
Lisa Greco, Defendant

IT IS SO ORDERED: _____
EDWARD J. GARCIA
United States District Court Judge