**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814

*Daniel J. Broderick*          (916) 498-5700  Fax: (916) 498-5710          *Linda C. Harter*
*Federal Defender*                                                                                *Chief Assistant Defender*

# M E M O R A N D U M

DATE:        March 3, 2011

TO:          Colleen Lydon, Courtroom Clerk to the
             Honorable Edward J. Garcia
             United States District Court Judge

FROM:        Rachelle Barbour, Research and Writing Specialist

SUBJECT:     United States v. Lisa Greco
             Cr.S. 10-303-EJG

---

Please continue the judgment and sentencing hearing currently set for April 8, 2011, to **Friday, May 20, 2011, at 10:00 a.m.**  Assistant United States Attorney Paul Hemesath and United States Probation Officer Lori Clanton concur with this request. The parties request the following new schedule for disclosure of the presentence report and for filing of objections:

|                                  | **OLD DATE**    | **NEW DATE**    |
|----------------------------------|-----------------|-----------------|
| Draft PSR                        | March 4, 2011   | April 1, 2011   |
| Informal Objections              | March 11, 2011  | April 15, 2011  |
| Final PSR                        | March 18, 2011  | April 22, 2011  |
| Motion for Correction of the PSR | March 25, 2011  | May 6, 2011     |
| Reply or statement of non-opposition | April 1, 2011 | May 13, 2011  |
| Judgment and Sentencing          | April 8, 2011   | May 20, 2011    |

If you have any questions concerning the above, please feel free to contact me.

cc:    Lori Clanton, United States Probation Officer
       Lisa Greco, Defendant

                IT IS SO ORDERED:     /s/ Edward J. Garcia, 3/4/11
                                      EDWARD J. GARCIA
                                      United States District Court Judge