**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814
(916) 498-5700  Fax: (916) 498-5710

*Daniel J. Broderick*
*Federal Defender*

*Linda C. Harter*
*Chief Assistant Defender*

# M E M O R A N D U M  AND ORDER

DATE:     April 4, 2011

TO:       Colleen Lydon, Courtroom Clerk to the
          Honorable Edward J. Garcia
          United States District Court Judge

FROM:     Rachelle Barbour, Research and Writing Specialist

SUBJECT:  United States v. Lisa Greco
          Cr.S. 10-303-EJG

---

Please continue the judgment and sentencing hearing currently set for Friday, May 20, 2011, at 10:00 a.m. to Friday, July 8, 2011 at 10:00 a.m.  Assistant United States Attorney Paul Hemesath and United States Probation Officer Lori Clanton concur with this request. The parties request the following new schedule for disclosure of the presentence report and for filing of objections:

|                                       | OLD DATE       | NEW DATE      |
|---------------------------------------|----------------|---------------|
| Draft PSR                             | April 1, 2011  | May 27, 2011  |
| Informal Objections                   | April 15, 2011 | June 10, 2011 |
| Final PSR                             | April 22, 2011 | June 17, 2011 |
| Motion for Correction of the PSR      | May 6, 2011    | June 24, 2011 |
| Reply or statement of non-opposition  | May 13, 2011   | July 1, 2011  |
| Judgment and Sentencing               | May 20, 2011   | July 8, 2011  |

If you have any questions concerning the above, please feel free to contact me.

cc:   Lori Clanton, United States Probation Officer
      Lisa Greco, Defendant

          IT IS SO ORDERED:    /s/ Edward J. Garcia, 4/5/11
                               EDWARD J. GARCIA
                               United States District Court Judge